IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action: 26-cv-00063-PAB-KAS          Date: April 7, 2026
Courtroom Deputy: Laura Galera          FTR – Courtroom A501

| | |
|---|---|
| *Parties:* | *Counsel:* |
| JAMES ASHWORTH, | Daniel Vedra |
| Plaintiff, | |
| v. | |
| VELOCITY INVESTMENTS, L.L.C., ET AL., | Jacob Hollars |
| | Lidiana Rios |
| Defendants. | Julie Walker |

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:34 a.m.**
Court calls case.  Appearances of counsel.

Argument by counsel as to Plaintiff's Motion to Stay Proceedings Pending Resolution of Related State Court Proceedings [#25].

For the reasons as stated on the record it is:

**ORDERED:**   Plaintiff's Motion to Stay Proceedings Pending Resolution of Related State Court Proceedings [#25] is GRANTED IN PART. The Court stays discovery only. The case will proceed in terms of briefing as to any Motion to Dismiss. If any claims remain after a ruling on the Motion to Dismiss, counsel are ordered to file a Joint Motion to Set a Scheduling Conference and a Proposed Scheduling Order **within 14 days after the ruling**.

Hearing concluded.
**Court in recess:        10:02 a.m.**
Total time in court:     00:28

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.