**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

JAMES ASHWORTH, an individual, et al.,  )
                                       )
       Plaintiffs,                 )
                                         )
vs.                                    )        Case No. 1:26-cv-00063-PAB-KAS
                                         )
VELOCITY INVESTMENTS, L.L.C., et al.,)
                                       )
       Defendants.              )

## <u>DEFENDANT VELOCITY INVESTMENTS, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY PERTINENT TO ITS MOTION TO DISMISS</u>

Defendant Velocity Investments, L.L.C. ("Velocity") hereby submits its Notice of Supplemental Authority Pertinent to its Motion to Dismiss (Doc. 35).

On June 18, 2026, the U.S. Supreme Court decided *T.M. v. University of Maryland Medical System Corp.*, 608 U. S. ____ (2026). A copy of the *T.M.* slip opinion is attached as **Exhibit A**.

In *T.M.* the U.S. Supreme Court held that a challenge in federal court to a "consent order" entered in and approved by a state court was barred by the *Rooker-Feldman* doctrine. *T.M.* may, therefore, assist this Court in analyzing whether *Rooker-Feldman* applies in this case.

Dated: June 18, 2026.

**SPENCER FANE LLP**

*s/ Jacob F. Hollars*
Jacob F. Hollars (#50352)
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Phone: (303) 839-3800
Email: jhollars@spencerfane.com

Joshua C. Dickinson
13815 FNB Parkway, Suite 200
Omaha, NE 68154
Phone: (402) 965-8600

1

2

Email: jdickinson@spencerfane.com

*Attorneys for Defendant Velocity Investments LLC*

Case No. 1:26-cv-00063-PAB-KAS     Document 50     filed 06/18/26     USDC Colorado
pg 2 of 2

2