**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:26-CV-63-PAB-KAS

JAMES ASHWORTH, an individual; LINDA BIRD, an individual;
JUAN CARDOZA AVITIA, an individual; NICOLLE COLOME, an individual;
MINDY COUTURE, an individual; TERRENCE GRIMES, an individual;
NAJEE HILL, an individual; MICHAEL HOPE, an individual;
SHARON MAGEE, an individual; TREVOR MOLL, an individual;
KATHERINE NORTON, an individual; TARA SHANNON PRASAD
a/k/a TARA CULLINANE, an individual; MELINA ROSSBACH, an individual;
JOHN SEPULVEDA, an individual; NANCY STAHL, an individual;
KRISTY AINA, and individual; KYLE SMITHERMAN, an individual; and
LAURA MARTINEZ, an individual,

     Plaintiffs,

v.

VELOCITY INVESTMENTS, L.L.C., a New Jersey limited liability company;
and MOUNTAIN PEAK LAW GROUP, PC, a Colorado corporation,

     Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to Local Attorney Rule 5(b) of the United States District Court for the District

of Colorado, the undersigned attorney requests this Court's leave to withdraw as one of the

attorneys of record in this matter.  In support of this motion, the undersigned states as follows:

1.     Lidiana Rios has been one of the attorneys of record for the Defendant Mountain

Peak Law Group, PC ("Mountain Peak").

2.     Lidiana Rios is no longer employed by the law firm of Ireland Stapleton Pryor &

Pascoe, PC, effective July 15, 2026.

3.     Attorney Julie M. Walker will continue as counsel of record for Mountain Peak.

6401428.1

2

WHEREFORE, Lidiana Rios respectfully requests that the Court enter an Order granting

her Motion to Withdraw as counsel of record for Mountain Peak in this action.

Dated: July 14, 2026.                      Respectfully submitted,

                                           s/ Lidiana Rios
                                           Julie M. Walker
                                           Lidiana Rios
                                           IRELAND STAPLETON PRYOR & PASCOE, PC
                                           1660 Lincoln Street, Suite 3000
                                           Denver, Colorado 80264
                                           Telephone: (303) 623-2700
                                           E-mail: jwalker@irelandstapleton.com
                                                    lrios@irelandstapleton.com

                                           *Attorneys for Defendant Mountain Peak Law Group,*
                                           *PC*

2

6401428.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2026, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was electronically filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

Jacob F. Hollars
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
jhollars@spencerfane.com

Joshua C. Dickinson
13815 FNB Parkway, Suite 200
Omaha, NE 68154
jdickinson@spencerfane.com

*Attorneys for Velocity Investments, L.L.C.*

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
dan@vedralaw.com

*Attorney for Plaintiffs*

*s/ Lidiana Rios*
Lidiana Rios

3

6401428.1